UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ELIZABETH BAEZ, *on behalf of* D.J.,

                Plaintiff,

    -v-                                       6:13-CV-142
                                             (DNH/TWD)

CAROLYN W. COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

Empire Justice Center                    LOUISE MARIE TARANTINO, ESQ.
Attorneys for Plaintiff
119 Washington Avenue
2nd Floor
Albany, NY 12210

OFFICE OF GENERAL COUNSEL        STEPHEN P. CONTE, ESQ.
Attorneys for Defendant                 Chief Counsel, Region II
Social Security Administration
26 Federal Plaza, Room 3904
New York, NY 10278

HON. RICHARD S. HARTUNIAN        TOMASINA DIGRIGOLI, ESQ.
United States Attorney for the       Special Ass't U.S. Attorney
    Northern District of New York
Counsel for Defendant
Room 218
James T. Foley U.S. Courthouse
Albany, NY 12207


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Elizabeth Baez filed this action on behalf of D.J., a child, seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits and supplemental security income for D.J. under the Social Security Act. By Report-Recommendation dated March 11, 2014, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, recommended that the matter be remanded to the Commissioner for further proceedings consistent with the Report-Recommendation. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision is VACATED; and

2. This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Report-Recommendation.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 31, 2014
Utica, New York.